UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-20 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| GERMIN BAEZ GUZMAN, | |
| Defendant. | |
| _____/ | |

**ORDER FOR DETENTION**

Defendant appeared before the undersigned for an arraignment on February 6, 2023 on an indictment charging him with attempted possession with intent to distribute 40 grams or more of a mixture or substance containing fentanyl.

The Government has filed a motion for detention. (ECF No. 11.) Defendant has several pending drug and weapons charges in state court and is being held on a $500,000 bond as well as an arrest warrant out of the state of Ohio. Defendant reserved the issue of detention pending resolution of the state court charges and may request a hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: February 6, 2023           /s/ *Maarten Vermaat*
                                  MAARTEN VERMAAT
                                  U.S. MAGISTRATE JUDGE