UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GERMIN BAEZ GUZMAN,

 Defendant.
_____/

Case No. 2:22-cr-20

Hon. Hala Y. Jarbou

### ORDER

The Court has reviewed the Report and Recommendation (ECF No. 105) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Defendant filed his Motion for Enlargement of Time for Acceptance of Magistrate's Report and Recommendation (ECF No. 107) on November 21, 2023. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 105) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion (ECF No. 107) is **GRANTED**. Acceptance of Defendant's plea of guilty as to Count 1 of the Superseding Indictment is held in abeyance pending Defendant's personal appearance at sentencing, currently scheduled for March 13, 2024, at 3:15 PM before District Judge Jane M. Beckering at the federal courthouse in Marquette, Michigan.

**IT IS FURTHER ORDERED** that the written plea agreement (ECF No. 97) is hereby continued under advisement pending sentencing. In computing the time limit of 18 U.S.C.

§ 3161(b), the Court hereby excludes the period of time from the present through March 13, 2024, pursuant to 18 U.S.C. § 3161(h)(1)(G) and § 3161(h)(7).

**IT IS FURTHER ORDERED** that Defendant shall remain on bond pending sentencing. All terms and conditions of Defendant's bond remain in effect.

**IT IS FURTHER ORDERED** that the Probation Department is to begin preparing the presentence report, in accordance with W.D. Mich. LCrR 32.2.

Dated: November 27, 2023                /s/ Hala Y. Jarbou
                                                       HALA Y. JARBOU
                                                       CHIEF UNITED STATES DISTRICT JUDGE